360 A.2d 229

CULBERSON

v.

CULBERSON, Appellant.

Argued April 15,

1976.   Robert B. Truel, with him John F. Ploeger, for appellant; Louis Rosenfield, with him Michael A. Dillon, for appellee.

Order affirmed.

SPAETH, J., dissents.